IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 06-00119-01-CR-W-SOW |
| v. | ) | |
| | ) | |
| JASON D. GRAY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Before this Court is the Report and Recommendation of United States Magistrate Robert E. Larsen regarding defendant's Motion to Suppress Evidence (Doc. #26). The Report and Recommendation of the Magistrate in this case is both thorough and well-reasoned. This Court agrees with this recommendation and sees no reason to comment further. Accordingly, it is hereby

ORDERED that defendant's second Motion to Suppress Evidence (Doc. #26) is denied.

                                          __/s/ Scott O. Wright_____
                                          SCOTT O. WRIGHT
                                          Senior United States District Judge

Dated: ____10/3/2006_____